(Republished.)

MARGARITE AUTEN, Appellant, v. HAROLD AUTEN, Respondent.— The determination made at Special Term is correct, except that institution of the action for a separation did not bar rights which had accrued under the separation agreement prior to that time. If such rights exist they may be enforced. Judgment and order unanimously affirmed with leave to serve an amended complaint asserting causes of action for payments allegedly payable down to the date of the institution of the separation action. Present — Peck, P. J., Dore, Cohn and Breitel, JJ. [See 280 App. Div. 912; *post*, p. 874.]

## (January 12, 1953.)

JULIETTE HAMPELE, Respondent, v. CHRIS G. FEUCHT, as Executor of OTTO MEYER, Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [Order denied defendant's motion to transfer action from Supreme Court to Surrogate's Court.]

## (January 13, 1953.)

THOMAS L. CORCORAN et al., Respondents, v. JOHN F. TROMMER, INC., et al., Appellants.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. Inasmuch as the case must proceed, in any event, as to the plaintiff Corcoran, and the motion here having been made belatedly upon the eve of trial, we think it preferable to have the issues decided upon a trial instead of upon a motion for summary judgment. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.